UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 30 2008
MAGISTRATE JUDGE
MORTON DENLOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) UNDER SEAL |
| v. | ) |
| | ) No. 07 CR  08CR 0075 |
| MOHAMMAD SALEEM and | ) |
| SAQIB SALEEM | ) MAGISTRATE JUDGE DENLOW |

## MOTION TO SEAL
### CRIMINAL COMPLAINT AND ARREST WARRANTS

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves this Court to seal the criminal complaint and arrest warrants in the above-captioned cause until March 15, 2008. In support of this motion, the government states:

1. The investigation referred to in the criminal complaint is ongoing and undercover. Disclosure of the criminal complaint, or the arrest warrants, would jeopardize that investigation and could interfere with the execution of the arrest warrants.

2. At the present time, the government anticipates that the arrest warrants will be executed on January 30, 2008. Accordingly, the Government requests that the criminal complaint and arrest warrants remain sealed until March 15, 2008.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: _____
RENATO MARIOTTI
Assistant United States Attorney
(312) 886-7855