# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 75 - 1-2 | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. Mohammad Saleem and Saquib Saleem | | |

**DOCKET ENTRY TEXT**

Government's motion to seal criminal complaint and arrest warrants until 3/15/08 is granted. Enter order. Arrest warrants issued as to Mohammad Saleem and Saquib Saleem.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | DK |
|---|---|---|