UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | UNDER SEAL |
| ) | |
| v. ) | No. 07 C **08CR 0075** |
| ) | |
| MOHAMMAD SALEEM and ) | |
| SAQIB SALEEM ) | **MAGISTRATE JUDGE DENLOW** |
| ORDER | |

In response to the ex parte motion of the United States of America to seal the criminal complaint and arrest warrants in the captioned case;

IT IS HEREBY ORDERED that the government's Motion is GRANTED and the criminal complaint and arrest warrants are sealed until March 15, 2008.

ENTER: _____
MORTON DENLOW
U.S. Magistrate Judge

DATED: January 30, 2008