# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 75 - 1-2 | **DATE** | 1/31/2008 |
| **CASE TITLE** | USA vs. Mohammad Saleem and Saqib Saleem | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the complaint and arrest warrants is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DK |
|---|---|---|