# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 75 - 2 | **DATE** | 2/4/2008 |
| **CASE TITLE** | USA vs. Saqib Saleem | | |

**DOCKET ENTRY TEXT**

Defendant waives his right to a preliminary examination. Defendant ordered bound to the District Court for further proceedings. Detention hearing held and continued to 2/5/08 at 2:00 p.m.

Docketing to mail notices.

00:28

| | Courtroom Deputy Initials: | DK |
|---|---|---|