UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 08 CR 75 |
| | ) | | 07 GJ 710 |
| v. | ) | | |
| | ) | | |
| MOHAMMAD SALEEM and | ) | Chief Judge James F. Holderman | |
| SAQIB SALEEM | ) | | |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on Tuesday, March 4, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Chief Judge James F. Holderman in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**, at which time and place you may appear if you see fit.

                                    Respectfully submitted,

                                    PATRICK J. FITZGERALD
                                    United States Attorney

By:    s/ Renato Mariotti
           RENATO MARIOTTI
           Assistant United States Attorney
           219 S. Dearborn Street, 5th Floor
           Chicago, IL 60604
           (312) 886-7855