**FELONY** 🗸

**MAGISTRATE JUDGE DENLOW**

**JUDGE LEINENWEBER**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ___ YES **X** If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **United States of America v. Mohammad Saleem and Saqib Saleem, 08 CR 0075** (DENLOW)

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO X** YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? **NO X** YES ___
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO X** YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? **NO X** YES ☐

6) What level of offense is this indictment or information? **FELONY X** MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? **NO X** YES ☐

8) Does this indictment or information include a conspiracy count? NO ___ **YES X**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ............ (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances (III) |
   | ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud ........... (II) | ☐ Miscellaneous General Offenses (IV) |
   | ☐ Bank robbery ........ (II) | ☐ Other Fraud ........... (III) | ☐ Immigration Laws ...... (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
   | ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities (III) | **X Food & Drug Laws** ..... (IV) |
   | ☐ Assault ........ (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act ....... (IV) |
   | ☐ Burglary ........... (IV) | ☐ Counterfeiting ......... (III) | ☐ Selective Service Act ..... (IV) |
   | ☐ Larceny and Theft ... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail .......... (III) |
   | ☐ Postal Embezzlement ... (IV) | ☐ DAPCA Marijuana ...... (III) | ☐ Other Federal Statutes (III) |
   | ☐ Other Embezzlement .. (III) | ☐ DAPCA Narcotics ....... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC § 371, 2
    21 USC § 331(a), 333(b)(1)(D)

**FILED**

MAR 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
RENATO T. MARIOTTI
Assistant United States Attorney

**08 CR 075**