## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 75 - 1,2 | **DATE** | 4/3/2008 |
| **CASE TITLE** | United States of America vs. Mohammad Saleem and Saqib Saleem | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendants' enter plea of not guilty. 16.1(A) Conference to be held by 4/10/2008. Pretrial Motions to be filed by 5/8/2008. Status hearing set for 5/8/2008. Enter excludable delay in the interest of justice to begin 4/3/2008 and end 5/8/2008 pursuant to 18:3161(h)(8)(A)(B).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|