Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 75 - 2 | **DATE** | 4/8/2008 |
| **CASE TITLE** | United States of America vs. Saqib Saleem | | |

**DOCKET ENTRY TEXT**

IT IS HEREBY ORDERED that the defendant, Saqib Saleem, is permitted to travel for purposes of his self-employment outside the federal district containing his home in Hamilton, Ohio, as permitted by his pretrial services officer whom he shall contact daily and provide the geographic location to which he will be plying his wares; further participation in the electronic monitoring program and home detention is no longer required; with the exception of permitting travel for religious or employment purposes, the defendant shall comply with any other restrictions as directed by the Pretrial Services Officer.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: WAP

