

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,
              Plaintiff,

        v.

SAQIB SALEEM,
              Defendant

No. 08 CR 075-2
Magistrate Judge Morton Denlow

## AGREED ORDER

This cause comes on to be heard upon the Motion of the defendant, Saqib Saleem, for entry of an Agreed Order enlarging the travel restriction presently imposed as a condition of pretrial release, and the attorney for the United States of America being fully advised in the premises and having no objection to the entry of the following Order:

**IT IS HEREBY ORDERED** that the defendant, Saqib Saleem, is permitted to travel for purposes of his self-employment outside the federal district containing his home in Hamilton, Ohio, as permitted by his pretrial services officer whom he shall contact daily and provide the geographic location to which he will be plying his wares; further participation in the electronic monitoring program and home detention is no longer required; with the exception of permitting travel for religious or employment purposes, the defendant shall comply with any other restrictions as directed by the Pretrial Services Officer.

Date 4/3/08

Harry D. Leinenweber
United States District Judge

Carl P. Clavelli
Attorney for Defendant
321 S. Plymouth Court Rm. 1500
Chicago, IL 60604
(312) 922-5460