Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 75 - 1,2 | **DATE** | 5/27/2008 |
| **CASE TITLE** | United States of America vs. Mohammad Saleem and Saqib Saleem | | |

**DOCKET ENTRY TEXT**

Enter Protective Order. Status hearing held and continued for 7/9/2008 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05



Courtroom Deputy Initials: WAP